Adam Clerk, would you please call the first case? There's counsel that's here for that case, please. Counsel, would you both approach? Opposing counsel here? He just informed us about an hour ago that he's willing to accept a settlement offer that we've got on the table. At this point, we're the appellant. My name's James Weiler. I represent John Mackey Construction. We'd request a continuance so that we can get the settlement agreement approved without waiving our rights to appeal. So at this time, if possible, we could continue it to a later date in the hopes of ultimately dismissing it. How much time are you asking for a continuance? Thirty days. Thirty days. Well, it's been our normal practice that if we would grant that, that barring something that you haven't motioned before our court in the interim, that we would issue an order and dispose of this case after the 30 days. I'll confer with my colleagues and see if they wish to grant it under those conditions. Provided there's no oral argument. Right. In other words, if you know it's going to be only on the briefs. Correct. You've got the way of the world. If it takes more than 30 days, you need to file something explaining why and asking for an extension. Okay. Okay. Yes, it must be the sense of the court that your motion be granted under those conditions, and we'll proceed to the next case. All right. Thank you.